# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## (HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BERNAVE VARGAS ) <br> ) <br> ) <br> Defendant. ) | Case No **09 cr 381-JM** <br><br> **ORDER CONTINUING** <br> **SENTENCING HEARING** |

Good cause appearing;

**IT IS HEREBY ORDERED** that the sentencing hearing for defendant, Bernave Vargas, shall be continued from December 18, 2009 to *February 26, 2010 at 9:00 a.m.*

**SO ORDERED**.

DATED: December 15, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge