# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No **09 cr 381-JM** |
| Plaintiff, ) | **ORDER CONTINUING SENTENCING HEARING** |
| v. ) | |
| BERNAVE VARGAS ) | |
| Defendant. ) | |

Good cause appearing;

**IT IS HEREBY ORDERED** that the sentencing hearing for defendant, Bernave Vargas, shall be continued from **February 26, 2010 to April 2, 2010 at 9:00 a.m.** No further continuances will be granted without the appearance of counsel in court.

**SO ORDERED**.

DATED: February 23, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge